UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**Sparlin, et al.**
PLAINTIFF(S)

v.

**Select Portfolio Servicing Incorporated,**
DEFENDANT

CASE NO. **CV 11-00240-TUC-CKJ**

NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Motion for Admission Pro Hac Vice #4* filed by *Sean D. Thueson*:

**ACTION REQUIRED BY THE FILER**

☒ The deficiency indicated below must be corrected within seven (7) business days of this notice.
☒ Certificate of Good Standing is from State Court; Certificate must be from Federal (U.S.) Court..
☒ Refile the Pro Hac Vice Motion with correct certificate of Good Standing using the same event (Motion for Pro Hac Vice Admission).