Name: **MICHAEL BENSON SPARLIN and SHARON JEANETTE SPARLIN H/W**
Address: 9151 E Showcase Lane
City, State, Zip: Tucson, AZ 85749
Daytime Phone: 520-760-0200
*Representing Self, Without a Lawyer*

FILED / RECEIVED / LODGED / COPY
APR 27 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **MICHAEL BENSON SPARLIN and SHARON JEANETTE SPARLIN** H/W<br>Plaintiffs<br><br>v<br><br>**SELECT PORTFOLIO SERVICING, INC.**<br>Defendants | ) CASE NO: 4:11-cv-00240-CKJ<br>) CASE NO: 4:11-cv-00241-CKJ<br>)<br>)<br>) **PLAINTIFFS RESPONSE TO**<br>) **MOTION TO CONSOLIDATE**<br>)<br>) Dated: April 27, 2011<br>) |

COMES NOW the Plaintiffs, Michael Benson Sparlin and Sharon Jeanette Sparlin, husband and wife, with this response to Defendant Select Portfolio Servicing, Inc. ("SPS") *Motion to Consolidate* the above two (2) cases and any further filings from the Plaintiffs made against SPS concerning common factual and legal matters.

## PARTIES

(1) Plaintiffs are Michael Benson Sparlin & Sharon Jeanette Sparlin, 9151 E Showcase Lane, Tucson, AZ 85749, hereinafter referred to as the "Plaintiff."

(2) Defendant is Select Portfolio Servicing, Inc. ("SPS") hereinafter collectively referred to as the "Defendant".

## ARGUMENT

(3) Plaintiff did not file separate complaints to 'harass and cause SPS unnecessary cost and delay" as Defendant states on page 3 of their *Motion to Consolidate*.

(4) Plaintiff's motive for filing separate cases was two-fold:
   a. First, simplicity in keeping track of the numerous and various violations.

    b. Second, filing all violations under one consolidated case would be prejudicial to Plaintiffs ability to receive proper compensation for the Defendants violations of my civil rights.

(5) FDCPA mandates a penalty of $1,000 per violation.

(6) Defendants have violated FDCPA statutes no fewer than twenty-three (23) times.

(7) By granting Defendants *Motion to Consolidate* this court would be awarding the Defendants bad behavior for their willful disregard of the FDCPA statues, thus causing a potential loss of $22,000 to this Plaintiff.

(8) Plaintiffs, in good faith, have attempted to settle this matter outside of litigation without success.

(9) Plaintiffs believe that the Defendants should be held accountable for their negligent actions and therefore, filed separate actions to assess maximum penalties to the Defendant.

(10) Defendant has committed sixteen (16) violations of the Arizona Debt Collection and Consumer Protection Statutes, Title 20, Chapter 4, Article 15 and Plaintiffs believed that filing in small claims was appropriate due to state violations.

**WHEREFORE**, Plaintiffs move and request that this Court deny Defendants *Motion to Consolidate*. Plaintiffs further move and request that this court remand this case back to the Pima County Consolidated Justice Court.

Respectfully Submitted,

_Michael B. Sparlin_     Date: 4/27/11
Michael Benson Sparlin

_Sharon Sparlin_     Date: 4/27/11
Sharon Jeanette Sparlin

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and exact copy of the above has been furnished by U.S. Mail on this 28th day of April, 2011 to the following:

Sean D Thueson
Bryan L Wright
Holland & Hart LLP
3800 Howard Hughes Parkway
Tenth Floor
Las Vegas, Nevada 89169
  *Attorneys for Select Portfolio Servicing, Inc.*

Sharon J Sparlin