# EXHIBIT "D"

# EXHIBIT "D"

```
F. ANN RODRIGUEZ, RECORDER                    DOCKET:        13625
RECORDED BY: ks                               PAGE:           3071
           DEPUTY RECORDER                    NO. OF PAGES:      2
           1964      PE-4                     SEQUENCE: 20091600829
TFATI                                                   08/19/2009
BAC HOME LOANS SERVICING                      ASDOT          18:00
400 COUNTRYWIDE WAY SV35
SIMI VALLEY CA  93065
                                              MAIL
                                              AMOUNT PAID  $  10.00
```


SIMI VALLEY, CA  93065

TS No. 09-0119781
TITLE ORDER#: 4228005

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## CORPORATION ASSIGNMENT OF DEED OF TRUST ARIZONA

FOR VALUE RECEIVED, THE UNDERSIGNED HEREBY GRANTS, ASSIGNS AND TRANSFERS TO:

**THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHO LDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY2 MO RTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY2 ,**

ALL BENEFICIAL INTEREST UNDER THAT CERTAIN DEED OF TRUST DATED 11/28/2006, EXECUTED BY: MICHAEL SPARLIN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY,TRUSTOR: TO NORTH AMERICAN TITLE COMPANY, TRUSTEE AND RECORDED AS INSTRUMENT NO. 20062290719 ON 11/29/2006, IN BOOK 12940, PAGE 4536, OF OFFICIAL RECORDS IN THE COUNTY RECORDER'S OFFICE OF PIMA COUNTY, IN THE STATE OF ARIZONA.

### SEE ATTACHED EXHIBIT A - LEGAL DESCRIPTION

TOGETHER WITH THE NOTE OR NOTES THEREIN DESCRIBED OR REFERRED TO, THE MONEY DUE AND TO BECOME DUE THEREON WITH INTEREST, AND ALL RIGHTS ACCRUED OR TO ACCRUE UNDER SAID DEED OF TRUST/MORTGAGE.

DATED:                                MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

State of: Texas            )   BY: _Dusty Sibley_
County of: Dallas          )        Dusty Sibley, Assistant Secretary

On 4/17/09 before me Donna Crawford, personally appeared Dusty Sibley Assistant Secretary, know to me (or proved to me on the oath of _____ or through _____) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.
Witness my hand and official seal.

_Donna R Crawford_
Notary Public's Signature

DONNA R. CRAWFORD
Notary Public, State of Texas
My Commission Expires
January 20, 2010

610  146978768  D8  002  001

*Form azasgn (01/02)*

TS # 09-0119781
PUB# 3228513
LOAN TYPE: CONV

# "EXHIBIT A"

## LEGAL DESCRIPTION

LOT 21 OF OASIS SANTA RITA, A SUBDIVISION OF PIMA COUNTY, ARIZONA, ACCORDING TO THE MAP OR PLAT THEREOF OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PIMA COUNTY, ARIZONA IN BOOK 59 OF MAPS AND PLATS AT PAGE 50 THEREOF, AND AS AMENDED BY DECLARATION OF SCRIVENER'S ERROR RECORDED IN DOCKET 12656 AT PAGE 1319 AND IN DOCKET 12750 AT PAGE 27.

*Form legaldesc (07/01)*