# EXHIBIT "F"

# EXHIBIT "F"



September 10, 2010

TO: Michael Sparlin
9151 E Showcase Ln
Tucson, AZ  85749

RE: Loan Number 0012315073

VALIDATION OF DEBT NOTICE

Dear Michael Sparlin :

We recently sent you a letter advising you that the servicing of your mortgage loan was transferred to Select Portfolio Servicing, Inc. (SPS) effective September 01, 2010.  As the servicer for your mortgage loan, SPS is collecting the debt on behalf of Bac Home Loans Servicing, the investor who currently owns your mortgage loan.  SPS is responsible for sending your monthly mortgage statements, accepting your monthly mortgage payments, collecting any amount due caused by your default under the terms of your Note and Mortgage and generally administering the terms

As of September 10, 2010, our records show that you owe $ 176,543.95 on your mortgage which includes:

| | |
|---|---|
| Unpaid Principal Balance: | $ 173,700.00 |
| Corporate Advances: | $     224.12 |
| Late Charges: | $      50.66 |
| Escrow Advance: | $   2,569.17 |

The amount shown above does not include interest.  Because of interest, late charges, and other charges, this amount may vary from day to day and the amount due on the day you pay may be greater.

Federal law gives you thirty (30) days after you receive this letter, to dispute the validity of the debt, or any part of it.  If you don't dispute it within that period, we will assume that it is valid.  If you do dispute it, by notifying us in writing to that effect, we will, as required by law, obtain and mail to you, proof of the debt.  And if, within the same period, you request in writing, the name and address of your original creditor, if the original creditor is different from the current investor, we will furnish that information, as well.

Page 1 of 2

If you have any questions regarding your mortgage loan, please contact us at (800) 258-8602 Monday through Friday between the hours of 7:00 am and 9:00 pm, or Saturday from 8:00 am to 12:00 pm, Eastern Time. You may also write to us at the following address (please note that this address is different from the address to which you should send your monthly payments):

>       Select Portfolio Servicing, Inc.
>       Customer Service Department
>       PO BOX 65250
>       Salt Lake City, UT   84165

Sincerely,

Select Portfolio Servicing, Inc.


Esta carta contiene información importante concerniente a sus derechos. Por favor, hágala traducir. Nuestros representantes bilingues están a su disposición para contestar cualquier pregunta llamando al teléfono (800) 831-0118 y marque la opción 2.

This communication from a debt collector is an attempt to collect a debt. and any information obtained will be used for that purpose.

>       Minnesota - This collection agency is licensed by the
>             Minnesota Department of Commerce
>    New York City - Collection Agency License No. 0987252


Page 2 of 2

-AQ003 068/CPI