# EXHIBIT "G"

# EXHIBIT "G"

November 23, 2010



NOV 2 6 2010

Select Portfolio Servicing, Inc.
ATTN: Consumer Advocacy Department
P.O. Box 551170
Jacksonville, FL 322555
Tracking #70100780000056426743

DIGIMAIL NOV 29 2010

Re: Reply to your Letter dated November 16, 2010
    Property Address: 538 South Douglas Wash Road, Vail, AZ 85641
    Loan #0012315073

To Whom It May Concern,

I have received your Demand Letter-Notice of Default which is dated November 16, 2010. In compliance with your letter, I am hereby submit this as my formal dispute of the alleged debt. The following chronologically outlines the steps I have taken to prevent the "Pretend Lenders" of BAC Home Loans Servicing, LP, Bank of America, Select Portfolio Servicing, Inc. or any other entity from claiming to own this property.

1. Sent QWR (Qualified Written Request)
   BAC Home Loans Servicing, LP, return receipt requested #70091410000233346968
   Delivered 9:03am on December 21, 2010
2. Sent NOTICE OF DEFAULT, NOTICE OF RIGHT TO CANCEL, NOTICE OF REVOCATION OF POWER OF ATTORNEY
   Universal American Mortgage Company, Tracking #70092250000170290468
   Delivered 9:47am on March 24, 2010
   Countrywide, Tracking #70092250000170290437
   Delivered 6:49am on March 26, 2010
3. Sent NOTICE OF REMOVAL OF TRUSTEE
   Universal American Mortgage Company, Tracking #70092250000170290468
   Delivered 9:47am on March 24, 2010
   Countrywide, Tracking #70092250000170290437
   Delivered 6:49am on March 26, 2010
   Title Security Agency of Arizona, Tracking #70092250000170290444
   Delivered 12:02pm on March 23, 2010
   Mortgage Electronic Registration Systems, Inc., Tracking #70092250000170290451
   Returned, refused delivery
4. Letter from BAC Home Loans refusing Right to Rescind received April 12, 2010
5. Complaint letter sent to Office of Comptroller re: Case #01055033
   Tracking #70092250000392999996, delivered 2:47pm on April 16, 2010
   Copy of letter to BAC Home Loans Servicing, LP, Tracking #70092250000392999989
   Delivered 9:34am on April 6, 2010

6. Letter to Bridgefield regarding Mortgage Insurance
   Tracking #70100780000056430320, delivered 10:34am on July 1, 2010
7. Recorded NOTICE OF DEFAULT 3/22/2010 (Docket 13770, Page 351)
8. Recorded NOTICE OF RIGHT TO CANCEL 3/22/2010 (Docket 13770, Page 353)
9. Recorded NOTICE OF REVOCATION OF POWER OF ATTORNEY 3/22/2010 (Docket 13770, Page 356)
10. Recorded NOTICE OF REMOVAL OF TRUSTEE 3/22/2010 (Docket 13770, Page 358)
11. Recorded QUITCLAIM DEED to trust account 3/30/2010 (Docket 13776, Page 588)

The Substitution of Trustee that was recorded on 8/19/2009 (Docket 13625, Page 3073) indicating a Substitution of Trustee to ReconTrust Company, N.A., is **void and invalid** as a Substitution of Trustee was recorded 3/22/2010 (Docket 13770, Page 358) naming North American Trust Title as the new Trustee.

You are expressly directed to CEASE and DESIST any further duties/actions of said appointments, or assignments including debt collections and any foreclosure actions. In addition, this is my official notification that you are not to contact me via telephone at home or through my place of employment and any contact from this date forward is to be via US Mail only.

Any continued actions of any nature against the property described above will result in legal actions being taken.

Sincerely,

*Sharon Sparlin*
Sharon Sparlin
9151 E Showcase Lane
Tucson, AZ 85749
Ph: 520-760-0200

cc:   BAC Home Loans Servicing, LP
      400 Countrywide Way SV—35
      Simi Valley, CA 92065
      Tracking #70100780000056429942

SS/sjs



Sharon Sparlin
9151 E Showcase Ln.
Tucson, AZ 85749-9274

**CERTIFIED MAIL**



7010 0780 0000 5642 6743



049J82033368
**$05.540**
11/23/2010
Mailed From 85749
US POSTAGE

**Select Portfolio Servicing, Inc.**
ATTN: Consumer Advocacy Dept
P.O. Box 551170
Jacksonville, FL 322555

FIRST CLASS

NOV 26 2010

**RETURN RECEIPT REQUESTED**

322E581170 B099