# EXHIBIT "H"

# EXHIBIT "H"

DEC 27 2010

December 21, 2010

DIGIMAIL DEC 29 2010

Select Portfolio Servicing, Inc.
ATTN: Consumer Advocacy Department
P.O. Box 551170
Jacksonville, FL  322555
Tracking # 70083230000060603310

Re:  Reply to your letter 3 letters dated December 2, 2010
     Property Address:  538 South Douglas Wash Road, Vail, AZ  85641
     Loan #0012315073

To Whom It May Concern,

I received a Demand Letter-Notice of Default dated 11/16/2010 to which I responded on 11/23/2010 via certified mail Tracking #70100780000056426743.  You signed for receipt of that letter on 11/26/2010.

On 12/2/2010 I received **three (3)** letters from you, copies attached, which basically said that I was not authorized to speak on behalf of my husband Michael Sparlin. Michael has suffered from a stroke and is unable to discuss situations relative to this loan.  Since 6/22/2008 on no fewer than three (3) separate occasions I faxed the required authorization to Countrywide Financial at 806-520-5019, copy of that attached.

This letter is to once again put Select Portfolio Servicing, Inc. on notice that we dispute this alleged debt and reference you to our claims as originally outlined in my letter of 11/23/2010.

Sincerely,

Sharon Sparlin
9151 E Showcase Lane
Tucson, AZ 85749
520-760-0200

SS/sjs
encl.