# EXHIBIT "I"

# EXHIBIT "I"


EXHIBIT 5

# SPS | SELECT Portfolio SERVICING, inc.

P.O. Box 65250
Salt Lake City, UT 84165

January 24, 2011

Sharon Sparlin
9151 E. Showcase Lane
Tucson, AZ  85749

        Re:   Select Portfolio Servicing Loan No.  0012315073
                Michael Sparlin

Dear Sharon Sparlin:

Thank you for your correspondence dated November 23, 2010 and December 21, 2010 regarding the mortgage loan account of Michael Sparlin.  In the correspondence, issues were raised regarding the validity of the debt and a cease and desist of verbal communication was requested.

To validate the debt, we have included a signed copy of your Interest Only Adjustable Rate Note and Deed of Trust.

Since your letter dated November 23, 2010 does not include a statement of the reason(s) why you believe the servicing of your mortgage account is in error, we are unable to provide you with a detailed response.

In order to comply with your request to cease and desist all verbal communication or to address any other issues you may have regarding the mortgage loan account of Michael Sparlin's, we must have a copy of a Power of Attorney or a court document granting you legal authorization to speak for Michael Sparlin.  The written authorization you provided dated June 19, 2008 is addressed to Countrywide Financial and is not valid for Select Portfolio Servicing, Inc.  You may fax the above document to my attention at fax number (801) 270-7898.

We appreciate the opportunity to address your concerns and we consider these matters resolved. Should you have any further questions, please contact me toll-free at 866-878-5178 ext. 51690.

Sincerely,

*Charlotte Sullivan*
Charlotte Sullivan
Customer Advocate

Enclosures:    Interest Only Adjustable Rate Note
                    Deed of Trust

ESTA CARTA CONTIENE INFORMACIÓN IMPORTANTE CONCERNIENTE A SUS DERECHOS. POR FAVOR, HÁGALA TRADUCIR. NUESTROS REPRESENTANTES BILINGÜES ESTÁN A SU DISPOSICIÓN PARA CONTESTAR CUALQUIER PREGUNTA LLAMANDO AL TELÉFONO 1-800-831-0118 Y MARQUE LA OPCIÓN 2.

THIS COMMUNICATION FROM A DEBT COLLECTOR IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

MINNESOTA – THIS COLLECTION AGENCY IS LICENSED BY THE MINNESOTA DEPARTMENT OF COMMERCE

NEW YORK CITY – COLLECTION AGENCY LICENSE #0987252