# EXHIBIT "J"

EXHIBIT "J"

January 28, 2011

DIGIMAIL JAN 31 2011

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165
Tracking # 70100780000056425708

Re: Select Portfolio Servicing Loan #0012315073
    Michael Sparlin

Attn: Charlotte Sullivan, Customer Advocate

Dear Ms Sullivan,

I have received your letter dated January 24, 2011 and am very disappointed in your response. You have provided me with a copy of the Interest Only Adjustable Rate Note and Deed of Trust which I already have. What you did not provide or answer in any way was the Qualified Written Request ("QWR") as required under the Real Estate Settlement Procedures Act, 12 U.S.C. Section 2605(e) and Regulation X at 24 C.F.R. 3500 and the Gramm Leach Bliley Act. My original request was mailed certified return receipt requested on August 25, 2010 and was signed for on August 27, 2010. Regulations require that you respond within twenty (20) days. You did not comply.

After my initial dispute with BAC Home Loans Servicing, LP concerning excessive charges, I sent a QWR on December 18, 2009 to BAC Home Loans Servicing, Inc., receipt of which was acknowledged on December 21, 2009. BAC also failed to respond to my QWR request as required by law within the twenty (20) days and as a result I mailed a *Notice of Default, Notice of Right to Cancel, Notice of Revocation of Power of Attorney* and a *Notice of Removal of Trustee*. I received acknowledgement of receipt of these documents on March 23, 2010.

On August 13, 2010 I received notification from BAC Home Loans Servicing, LP that my account was being transferred to Select Portfolio Servicing, Inc., however, BAC Home Loans Servicing, LP did not have the authority to do so as I notified them of my *Right to Cancel* in March, 2010.

I have notified you numerous times concerning my dispute of your claims and that you do not hold legal authority to request payment on the above mentioned alleged loan. If you continue to contact me regarding this matter I will immediately file a Federal lawsuit naming Select Portfolio Servicing, Inc. as one of the Defendants.

Sincerely,

Michael B Sparlin



Michael Spartin
9151 E Showcase Ln
Tucson, AZ 85749-9274

**CERTIFIED MAIL™**



7010 0780 0000 5642 5708



049J82033368
$05.540
01/28/2011
Mailed From 85749
US POSTAGE

RETURN RECEIPT REQUESTED
CS

SPS Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT,
84165

FIRST CLASS

RETURN RECEIPT REQUESTED