# EXHIBIT "C"

# EXHIBIT "C"

**PIMA COUNTY CONSOLIDATED JUSTICE COURT**
115 N. CHURCH AVE., TUCSON, AZ 85701-1130 (520)740-3171

| PLAINTIFF | CASE NO. | DEFENDANT |
|---|---|---|
| Michael B Sparlin<br>9151 E Showcase Lane<br>Tucson, AZ 85749<br>(520) 760-0200<br><br>Sharon J Sparlin<br>9151 E Showcase Lane<br>Tucson, AZ 85749<br>(520) 760-0200 | CV11-510231-SC<br><br>SUMMONS/COMPLAINT/ANSWER<br>SMALL CLAIMS DIVISION | Select Portfolio Servicing Inc<br>c/o Jason H Miller, Statutory Agent<br>3815 S West Temple<br>Salt Lake City, UT 84115<br>(800) 258-8602 |

## NOTICE AND SUMMONS

TO DEFENDANT:     (SEAL)

You are directed to answer the claim of the plaintiff within twenty (20) days at the Customer Service Department at Justice Court, Civil Division, 110 S. Church Avenue, Bldg 8, 1st Floor. If you do not appear and defend yourself, a judgment may be entered against you.

If you wish to defend against the Plaintiff's claim, you must file an answer and pay a $13.00 answer fee.

Requests for reasonable accommodation for persons with disabilities must be made to the court parties at least three(3) working days in advance of a scheduled court proceeding.

Clerk, Small Claims Division Lisa R. Royal
Clerk       Date 4-6-11

## PLAINTIFF'S CLAIM

The defendant owes me $2,000.00 for the following reasons:
Violation of 15USC 1681s-2(a)(3) to TransUnion for $1,000 Violation of FDCPA 806(6) for $1,000

Electronically signed by Michael Sparlin on 4/6/2011
Plaintiff's Signature       Date

## CERTIFICATE OF SERVICE OF MAILING BY PLAINTIFF

I, SHARON SPARLIN, Plaintiff in this action, certify that a copy of this form was sent by Registered/Certified Mail/Return Receipt requested, to the Defendant named at the above-listed address on April 7, 2011.

Plaintiff's Signature       Date 4/7/11

## DEFENDANT'S ANSWER

TO DEFENDANT: If you dispute this claim, you must write your Answer below. File this form and pay a $13.00 Answer fee at the Civil Division of this Court within twenty (20) days of the date of service of the Claim or you may lose by default.
I do not owe the Plaintiff because: _____

Defendant's Signature       Date

## CERTIFICATE OF SERVICE OF MAILING BY DEFENDANT

I, _____, Defendant in this action, certify that I have mailed or delivered a copy of this form to the Plaintiff at the above-listed address on _____, 20__.

Defendant's Signature       Date



**WARNING:** - YOU DO NOT HAVE THE RIGHT TO APPEAL THE DECISION OF THE HEARING OFFICER OR THE JUSTICE OF THE PEACE IN A SMALL CLAIMS COURT. IF YOU WISH TO PRESERVE YOUR RIGHT TO APPEAL, YOU MAY HAVE YOUR CASE TRANSFERRED TO THE JUSTICE COURT PURSUANT TO 22-504, SUBSECTION A, ARIZONA REVISED STATUES, IF YOU REQUEST SUCH TRANSFER AT LEAST TEN DAYS PRIOR TO THE DAY OF THE SCHEDULED HEARING.

JP118E (REV 09-04-08)

# PIMA COUNTY CONSOLIDATED JUSTICE COURT
## SMALL CLAIMS DIVISION
### INSTRUCTIONS TO DEFENDANT

1. You have been named as a Defendant in a Small Claims case with this Court as described in the enclosed "Complaint/Summons" form.

2. This instruction sheet has been prepared to assist you on how to answer the Small Claims "Complaint/Summons" form filed against you.

3. If you do not wish to contest the Plaintiff's claim against you, you may make an out-of-court settlement with the Plaintiff before the required appearance time and ask the Plaintiff to dismiss the case and notify the Court.

4. If you wish to *contest* the Plaintiff's claim you have twenty (20) days from the date you receive the "Complaint/Summons" form to complete the **Defendant's Answer** portion of the "Complaint/Summons" form and file the form and the *Answer Fee* with this Court. Make your check or money order payable to the Pima County Justice Court.

    You may also:
    a. Answer the claim following the directions above. If you want to counter-sue against the Plaintiff, come in-person to the Court and request a "Counterclaim" form prior to filing the answer form, or

    b. Answer the claim, and if you wish to counter-sue against the Plaintiff for an amount higher than $2,500.00, come in-person to the Court and request the "Counterclaim" form. When the "Counterclaim" form is filed with this Court, the case will immediately be transferred to the Civil Division or to Superior Court. Additional fees are required before processing your documents.

    c. You should file your Counterclaim at the same time you file your answer. If you do not file a counterclaim in writing with the Court, it will not and cannot be considered at the time of trial.

    d. The Plaintiff *must* receive a copy of the Counterclaim. You may choose service by mail, service by Constable or service by process server. (See Service by Mail instruction sheet attached to the Counterclaim form.)

> **You have only twenty (20) days from being served in which to file an Answer and/or "Counterclaim"**
>
> **FAILURE TO ANSWER AND/OR ENCLOSE THE ANSWER FEE MAY RESULT IN A DEFAULT JUDGMENT BEING ENTERED AGAINST YOU OR YOUR COUNTERCLAIM NOT BEING PROCESSED**

5. Any party has the right to choose to be represented by counsel. If an attorney files for and/or represents either party, and no "Stipulation to Use of Attorneys" is filed, the case will automatically be transferred to the Civil Division and appropriate fees must be paid by the party represented by counsel.

    A Small Claims case may be transferred to the Civil Division by either party within **TEN DAYS** before trial. The party requesting the transfer must pay the appropriate fees for continued processing of the case. If a Small Claims trial date had been set prior to the transfer, you will be informed by the Court whether the trial will be held on the scheduled date or reset to a later date.

6. The decision from a Small Claims case is final and cannot be appealed.

7. Lawyers cannot represent either party in the Small Claims division unless they are:
   a. The Statutory Agent for a corporation, or
   b. Representing themselves, or
   c. In agreement to the use of attorneys and file a "Stipulation to Use of Attorneys" form. This form must be filed at least 24 hours before the scheduled trial date.

   If an attorney files for or represents either party and there is no "Stipulation to Use of Attorneys" filed, the case will automatically be transferred to the Civil Division and the appropriate fees paid by the party represented by counsel.

8. The Small Claims trial date will be set within sixty (60) days after the Answer is filed. When an Answer is filed you will be notified of the date and time by mail. It is your responsibility to keep the Court informed of any address change.

9. If the Plaintiff does not appear at the trial, the action against you will almost certainly be dismissed. If you fail to appear, the Plaintiff will almost certainly win judgment against you and/or your counterclaim will almost certainly be dismissed.

10. Bring everything necessary to establish your claim to the trial inclusive of books, papers, bills, photographs, or other exhibits. You may also bring witnesses.

11. If the matter is settled <u>before</u> your scheduled trial date, be sure the Plaintiff notifies the Court. **A dismissal signed by all parties must be filed to close out the case.**

12. Within ten (10) days after the trial, a copy of the written decision (Judgment) will be mailed to each party. This is a final decision and cannot be appealed to a higher Court.

**IF YOU WIN**

1. Ask the losing party to pay the amount of the judgment.

---

**A JUDGMENT IS NOT SELF-COLLECTING**

**GARNISHMENTS, EXECUTIONS, AND LIENS
ARE AVAILABLE OPTIONS WHEN PURSUING COLLECTION ON YOUR JUDGMENT**

---

2. If the losing party does not pay, numerous options are available to you.
   a. At your request, the Court will assist you in issuing papers necessary to garnish on the losing party's assets such as bank accounts, wages or other income property. You must provide the information as to where losing party works, banks, or owns property.
   b. For an additional fee, the Constable will levy on the losing party's assets if you can furnish a description and location of assets.

3. **When you are paid in-full, YOU ARE REQUIRED TO AND MUST SIGN AND FILE A "SATISFACTION OF JUDGMENT" WITH THE COURT.** This form is available from the Court.

IF YOU HAVE ANY PROCEDURAL QUESTIONS CONCERNING THE CASE FILED AGAINST YOU, YOU MAY CALL (520) 740-3171 OR COME TO THE COURT.