# EXHIBIT "N"

EXHIBIT "N"

Loan #: 0008201568     CO6D716

# CLOSING CERTIFICATIONS

Borrrower(s) as part of the closing of their loan make the following certifications to Universal American Mortgage Company, LLC.

## OCCUPANCY STATEMENT

In accordance with our original loan application, we intend to use the subject property as follows:

- ☐ As a primary residence
- ☐ As a second home
- ☐ As a vacation property (used occasionally by the owner and not rented)
- ☑ For investment purposes (not owner occupied, to be held or rented)

Failure to comply with occupancy shall constitute default under the terms of the loan and, in case of default I must, upon recall of the loan by Lender, immediately pay in full the balance of the loan and any other amounts to which Lender is entitled. Upon failure to occupy, as stated, I acknowledge that the Lender, at its discretion, may accelerate the interest rate to the non-owner occupied rate in effect on the date of the original loan application.

## COMPLIANCE AGREEMENT

Universal American Mortgage Company, LLC or its Closing Agent, if deemed necessary or desirable in the reasonable discretion of Lender may request that borrower(s) cooperate in adjusting for clerical errors or correcting any and all loan closing documentation to enable Lender to sell, convey, seek guaranty, market said loan to any entity, including but not limited to investors such as, Federal National Mortgage Association, Federal Home Loan Mortgage Corporation, Department of Housing and Urban Development or the Department of Veteran's Affairs. We, the undersigned borrower(s) hereby agree to fully cooperate with Lender and/or its Closing Agent as a consideration for Lender funding the loan. I/We understand that failure to initial or execute such documents as requested shall constitute a default under the Note and Security Instrument securing the loan.

The undersigned borrower(s) do hereby so agree and covenant in order to assure that this loan documentation executed this date will conform and be acceptable in the marketplace in the instance of transfer, sale or conveyance by Lender of its interest in and to said loan.

## EMPLOYMENT CERTIFICATION

This is to certify that I am currently working and that income circumstances have not changed from that shown on the loan application. I have received no notice of layoff and do not have any knowledge of pending layoff. My outstanding obligations and income are substantially the same as reported on the loan application.

## TERMITE CERTIFICATION-GOVERNMENT LOANS

This is to advise that I have received a copy of the Termite Report and have read, understand, and accepted the same, and hold Lender, and its successors and/or assigns, harmless for any information disclosed or not disclosed therein.

Loan #: 0008201568

# CLOSING CERTIFICATIONS Cont'd

CO6D716

## ADDRESS CERTIFICATION

☐ Mail will be received at the property address

☒ Mail will be received at an address other than the address of the property financed through this transaction. The mailing address is:

Street: 9151 E. SHOWCASE LANE

City/State/Zip: Tucson, AZ. 85749

### EXPLANATIONS

If the property financed through this transaction is a primary residence and the above was completed with a mailing address that is different from the property address, please explain the reason in the space provided:

_____

_____

Michael Sparlin            11/29/06
MICHAEL SPARLIN            Date                         Date

                           Date                         Date

## TELEPHONE NUMBERS
(If Home and/or Work telephone numbers are different from those shown on the final loan application, please complete the following:)

Home Telephone Number              Home Telephone Number

Home Telephone Number              Home Telephone Number