Sean D. Thueson (*Pro Hac Vice*)
Nevada Bar No. 8690
Bryan L. Wright (*Pro Hac Vice*)
Nevada Bar No. 10804
HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, NV  89169
Phone: 702-669-4600
Fax: 702-669-4650
sdthueson@hollandhart.com
blwright@hollandhart.com

Cory A. Talbot
Arizona Bar No. 20702
HOLLAND & HART LLP
222 South Main Street, Ste. 2200
Salt Lake City, UT 84101
Phone: 801-799-5800
Fax: 801-799-5700
catalbot@hollandhart.com

*Attorneys for Defendant*
*Select Portfolio Servicing, Inc.*

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael B. Sparlin; and Sharon J. Sparlin<br><br>Plaintiff,<br><br>v.<br><br>Select Portfolio Servicing, Inc.,<br><br>Defendant. | **CASE NO.:  4:11-cv-00240-CKJ**<br><br>**REQUEST FOR SUBMISSION OF DEFENDANT'S MOTION TO CONSOLIDATE** |
| Michael B. Sparlin; and Sharon J. Sparlin<br><br>Plaintiff,<br><br>v.<br><br>Select Portfolio Servicing, Inc.,<br><br>Defendant. | **CASE NO.:  4:11-cv-00241-CKJ** |

5106452_1.DOCX                                    1

HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada  89169

| | |
|---|---|
| Michael B. Sparlin; and Sharon J. Sparlin<br><br>Plaintiff,<br><br>v.<br><br>Select Portfolio Servicing, Inc.,<br><br>Defendant. | **CASE NO.:  4:11-cv-00257-FRZ** |
| Michael B. Sparlin; and Sharon J. Sparlin<br><br>Plaintiff,<br><br>v.<br><br>Select Portfolio Servicing, Inc.,<br><br>Defendant. | **CASE NO.:  4:11-cv-00259-FRZ** |
| Michael B. Sparlin; and Sharon J. Sparlin<br><br>Plaintiff,<br><br>v.<br><br>Select Portfolio Servicing, Inc.,<br><br>Defendant. | **CASE NO.:  4:11-cv-00261-DCB** |
| Michael B. Sparlin; and Sharon J. Sparlin<br><br>Plaintiff,<br><br>v.<br><br>Select Portfolio Servicing, Inc.,<br><br>Defendant. | **CASE NO.:  4:11-cv-00262-BPV** |
| Michael B. Sparlin; and Sharon J. Sparlin<br><br>Plaintiff,<br><br>v.<br><br>Select Portfolio Servicing, Inc.,<br><br>Defendant. | **CASE NO.:  4:11-cv-00263-GEE** |

**HOLLAND & HART LLP**
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169

| | |
|---|---|
| Michael B. Sparlin; and Sharon J. Sparlin<br><br>Plaintiff,<br><br>v.<br><br>Select Portfolio Servicing, Inc.,<br><br>Defendant. | **CASE NO.:  4:11-cv-00264-HCE** |
| Michael B. Sparlin; and Sharon J. Sparlin<br><br>Plaintiff,<br><br>v.<br><br>Select Portfolio Servicing, Inc.,<br><br>Defendant. | **CASE NO.:  4:11-cv-00265-RCC** |
| Michael B. Sparlin; and Sharon J. Sparlin<br><br>Plaintiff,<br><br>v.<br><br>Select Portfolio Servicing, Inc.,<br><br>Defendant. | **CASE NO.:  4:11-cv-00266-DCB** |
| Michael B. Sparlin; and Sharon J. Sparlin<br><br>Plaintiff,<br><br>v.<br><br>Select Portfolio Servicing, Inc.,<br><br>Defendant. | **CASE NO.:  4:11-cv-00268-JCG** |

## **REQUEST FOR SUBMISSION OF DEFENDANT'S MOTION TO CONSOLIDATE**

It is requested by Defendant, Select Portfolio Servicing, Inc. ("SPS"), that SPS' Motion to Consolidate [Doc. 6], as amended by the Amended Motion to Consolidate

/ / /

/ / /

/ / /

/ / /

5106452_1.DOCX                                                         3

1. [Doc. 15], in the above-entitled matter be submitted to the Court for decision.

DATED this 12th day of May, 2011.

HOLLAND & HART LLP

*/s/ Sean D. Thueson*
Sean D. Thueson (*Pro Hac Vice*)
Nevada Bar No. 8690
Bryan L. Wright (*Pro Hac Vice*)
Nevada Bar No. 10804
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, NV  89169

Cory A. Talbot
Arizona Bar No. 20702
222 South Main Street, Ste. 2200
Salt Lake City, UT 84101

*Attorneys for Defendant*
*Select Portfolio Servicing, Inc.*

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 12th day of May, 2011, I served a true and correct copy of the foregoing **REQUEST FOR SUBMISSION OF DEFENDANT'S MOTION TO CONSOLIDATE** by electronic transmission to the parties on electronic file and/or depositing same in the United States mail, first class postage fully prepaid to the persons and addresses listed below:

Michael B. Sparlin
Sharon J. Sparlin
9151 E. Showcase Lane
Tucson, AZ  85749
ssparlin@dakotacom.net

*Plaintiff/Pro Se*

　　　　　　　　　　　　　　　　　　　*/s/ Lorrine K. Rillera*
　　　　　　　　　　　　　　　　　　　An Employee of HOLLAND & HART LLP

**HOLLAND & HART LLP**
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169