1  Sean D. Thueson (*Pro Hac Vice*)
   Nevada Bar No. 8690
2  Bryan L. Wright (*Pro Hac Vice*)
   Nevada Bar No. 10804
3  HOLLAND & HART LLP
   3800 Howard Hughes Parkway, 10th Floor
4  Las Vegas, NV  89169
   Phone: 702-669-4622
5  Fax: 702-669-4650
   sdthueson@hollandhart.com
6  blwright@hollandhart.com

7  *Attorneys for Defendant*
   *Select Portfolio Servicing, Inc.*

8

9             THE UNITED STATES DISTRICT COURT

10             FOR THE DISTRICT OF ARIZONA

11  Michael B. Sparlin; and Sharon J. Sparlin      **CASE NO.:  4:11-cv-00240-CKJ**

12                        Plaintiff,               ***Motion to Consolidate Pending In:***
                                                   **CASE NO.:  4:11-cv-00241-CKJ**
13  v.                                             **CASE NO.:  4:11-cv-00257-FRZ**
                                                   **CASE NO.:  4:11-cv-00259-FRZ**
14  Select Portfolio Servicing, Inc.,             **CASE NO.:  4:11-cv-00261-DCB**
                                                   **CASE NO.:  4:11-cv-00262-BPV**
15                        Defendant.               **CASE NO.:  4:11-cv-00263-GEE**
                                                   **CASE NO.:  4:11-cv-00264-HCE**
16                                                 **CASE NO.:  4:11-cv-00265-RCC**
                                                   **CASE NO.:  4:11-cv-00266-DCB**
17                                                 **CASE NO.:  4:11-cv-00268-JCG**

18      **SELECT PORTFOLIO SERVICING, INC.'S *ERRATA* TO REPLY TO**

19        **PLAINTIFFS' RESPONSE TO MOTION FOR DECLARATORY**

20                   **OR SUMMARY JUDGMENT**

21               **"ORAL ARGUMENT REQUESTED"**

22      Defendant Select Portfolio Servicing, Inc. ("SPS"), by and through its counsel,

23  HOLLAND & HART LLP, hereby submits this *Errata* to Reply to the Response to

24  Motion for Declaratory or Summary Judgment (the "Opposition")[1] filed by Plaintiffs

25  ────────────────────────

26  [1] Document 20 in Case No. 4:11-cv-00240-CKJ.  The Opposition contains a response to
    SPS's Motion to Dismiss and the Motion for Declaratory or Summary Judgment.  This
27  Reply, however, only addresses those arguments relevant to the Motion for Declaratory or
    Summary Judgment.  The Opposition to the Motion to Dismiss is a separately filed
28  document.  Moreover, it does not appear Plaintiffs filed the Opposition in any of the other
    matters except the first filed matter.

                                   1

HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169

Michael B. Sparlin and Sharon J. Sparlin ("Plaintiffs") as it failed to attach Exhibit L as referenced in its Reply to Plaintiff's Response to Motion for Declaratory or Summary Judgment.   Attached hereto, and incorporated herein by reference, is a true and correct copy of the Affidavit of Mindy C. Leetham, identified as Exhibit L.

        DATED this 1st day of June, 2011.

                    HOLLAND & HART LLP


                    */s/ Sean D. Thueson*
                    Sean D. Thueson (*Pro Hac Vice*)
                    Nevada Bar No. 8690
                    Bryan L. Wright (*Pro Hac Vice*)
                    Nevada Bar No. 10804
                    3800 Howard Hughes Parkway, 10th Floor
                    Las Vegas, NV  89169

                    *Attorneys for Defendant*
                    *Select Portfolio Servicing, Inc.*


                    **CERTIFICATE OF SERVICE**

        Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 1st day of June, 2011, I served a true and correct copy of the foregoing **SELECT PORTFOLIO SERVICING, INC.'S *ERRATA* TO REPLY TO PLAINTIFFS' RESPONSE TO MOTION FOR DECLARATORY OR SUMMARY JUDGMENT** by electronic transmission to the parties on electronic file and/or depositing same in the United States mail, first class postage fully prepaid to the persons and addresses listed below:

Michael B. Sparlin
Sharon J. Sparlin
9151 E. Showcase Lane
Tucson, AZ  85749
ssparlin@dakotacom.net

*Plaintiff/Pro Se*


                    */s/ Lorrine K. Rillera*
                    An Employee of HOLLAND & HART LLP

5121034_1.DOCX

HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169