# EXHIBIT "L"

# EXHIBIT "L"

Sean D. Thueson (*Pro Hac Vice*)
Nevada Bar No. 8690
Bryan L. Wright (*Pro Hac Vice*)
Nevada Bar No. 10804
HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, NV 89169
Phone: 702-669-4622
Fax: 702-669-4650
sdthueson@hollandhart.com
blwright@hollandhart.com

*Attorneys for Defendant*
*Select Portfolio Servicing, Inc.*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Michael B. Sparlin; and Sharon J. Sparlin | CASE NO.: 4:11-cv-00240-CKJ |
|---|---|
| Plaintiff, | *Motion to Consolidate Pending In:* |
| | CASE NO.: 4:11-cv-00241-CKJ |
| v. | CASE NO.: 4:11-cv-00257-FRZ |
| | CASE NO.: 4:11-cv-00259-FRZ |
| Select Portfolio Servicing, Inc., | CASE NO.: 4:11-cv-00261-DCB |
| | CASE NO.: 4:11-cv-00262-BPV |
| Defendant. | CASE NO.: 4:11-cv-00263-GEE |
| | CASE NO.: 4:11-cv-00264-HCE |
| | CASE NO.: 4:11-cv-00265-RCC |
| | CASE NO.: 4:11-cv-00266-DCB |
| | CASE NO.: 4:11-cv-00268-JCG |

## AFFIDAVIT OF MINDY C. LEETHAM

STATE OF UTAH                    )
                                 ) *s.s.*
COUNTY OF SALT LAKE )

Mindy C. Leetham, being first duly sworn, deposes and says that he has personal knowledge and is competent to testify to the following facts except as stated on information and belief:

1. I am over the age of eighteen years and am currently a Compliance Specialist with Defendant Select Portfolio Servicing, Inc.

2. I make this Affidavit in support of the Motion for Declaratory or Summary Judgment against Plaintiffs.

1

3. I have reviewed the file of SPS and each of the Exhibits attached to the Statement of Undisputed Facts are true and accurate copies of business records maintained by SPS in the ordinary course of its business:

   a. A true and correct copy of the Interest Only Adjustable Rate Note maintained in SPS's business records is attached as Exhibit A.
   b. A true and correct copy of the recorded Deed of Trust maintained in SPS's business records is attached as Exhibit B.
   c. A true and correct copy of the Closing Certification maintained in SPS's business records is attached as Exhibit C.
   d. A true and correct copy of the Assignment maintained in SPS's business records is attached as Exhibit D.
   e. A true and correct copy of the Transfer Letter maintained in SPS's business records is attached as Exhibit E.
   f. A true and correct copy of the Validation of Debt Notice maintained in SPS's business records is attached as Exhibit F.
   g. A true and correct copy of the November 23, 2010, letter maintained in SPS's business records is attached as Exhibit G.
   h. A true and correct copy of the December 21, 2010, letter maintained in SPS's business records is attached as Exhibit H.
   i. A true and correct copy of the January 24, 2011, letter maintained in SPS's business records is attached as Exhibit I.
   j. A true and correct copy of the January 28, 2011, letter maintained in SPS's business records is attached as Exhibit J.

4. On or about August 19, 2009, all rights under the Deed and the Note were transferred and assigned to The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate Holders CWALT, Inc., Alternative Loan Trust 2007-HY2 Mortgage Pass-Through Certificates, Series 2007-HY2, via publically recorded instrument Docket 13625, Page 3071 (the "Current Note Holder").

HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169

5.   SPS is currently the mortgage servicing company for the Current Note Holder related to amounts due under the Note.

6.   SPS is also the "Attorney in Fact" for the Current Note Holder, via recorded power of attorney.

7.   On or about August 25, 2010, SPS sent Mr. Sparlin written notice the Loan Servicer for his mortgage was being transferred from BAC Home Loan Servicing to SPS (the "Transfer Letter").

8.   On September 10, 2010, SPS sent Mr. Sparlin a "Validation of Debt Notice."

9.   SPS is not aware of any dispute to the Validation of Debt Notice sent to Mr. Sparlin within 30 days after receipt of the Notice by Mr. Sparlin.

10.  On November 23, 2010, more than 30 days after September 10, 2010, SPS received a letter stating it was a "formal dispute of the alleged debt."

11.  Thereafter, SPS verified the debt was valid and still owed.

12.  A review of the business records in possession of SPS indicates with escrow impounds, Mr. Sparlin's current monthly payments total One Thousand Four Hundred Seventy Five and 99/100 Dollars ($1,475.99).

13.  As of May 31, 2011, Mr. Sparlin owes Twenty Four Thousand Thirty Two and 85/100 Dollars ($24,032.85). This amount is broken out as follows:

    a. Twenty Three Thousand Six Hundred Fifteen and 84/100 Dollars ($23,615.84) in past due payments, which is interest only on the principal amount of the Note.

    b. Eleven and 68/100 Dollars ($11.68) in interest on past due advances made on behalf of Mr. Sparlin by SPS.

    c. Fifty and 66/100 Dollars ($50.66) in accrued late fees.

    d. Three Hundred Fifty Four and 76/100 Dollars ($354.76) in advances made on behalf of Mr. Sparlin by SPS.

///

///

3

14.     The principal amount remaining and unpaid on the Note is One Hundred Seventy Three Thousand Seven Hundred and 00/100 Dollars ($173,700.00).

DATED this 31st day of May, 2011.

_____
Select Portfolio Servicing, Inc.

SUBSCRIBED AND SWORN to before me this 31st day of May 2011.

_____
NOTARY PUBLIC



ELLE NELSON
Notary Public State of Utah
My Commission Expires on:
May 30, 2015
Comm. Number: 609039

HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169

4