| | | |
|---|---|---|
| 1 | Name: | **MICHAEL BENSON SPARLIN** and |
| 2 | | **SHARON JEANETTE SPARLIN** H/W |
| 3 | Address: | 9151 E Showcase Lane |
| 4 | City, State, Zip: | Tucson, AZ  85749 |
| 5 | Daytime Phone: | 520-760-0200 |
| 6 | *Representing Self, Without a Lawyer* | |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

**MICHAEL BENSON SPARLIN** and  )
**SHARON JEANETTE SPARLIN** H/W  )   CASE NO: CV 11-00240-CKJ
Plaintiffs                                                    )                       CV 11-00241-CKJ
                                                                  )                       CV 11-00257-FRZ
                                                                  )                       CV 11-00259-FRZ
                                                                  )                       CV 11-00261-DCB
                                                                  )                       CV 11-00262-BPV
                                                                  )                       CV 11-00263-GEE
                                                                  )                       CV 11-00264-HCE
v                                                                )                       CV 11-00265-RCC
                                                                  )                       CV 11-00266-DCB
                                                                  )                       CV 11-00268-JCG
                                                                  )                       CV 11-00315-JJM
                                                                  )                       CV 11-00316-CRP
                                                                  )                       CV 11-00317-RCC
                                                                  )                       CV 11-00318-BPV
                                                                  )                       CV 11-00319-DCB
                                                                  )                       <u>CONSOLIDATED</u>
                                                                  )
                                                                  )
                                                                  )                       **PLAINTIFFS**
                                                                  )
**SELECT PORTFOLIO SERVICING, INC.**  )
Defendant                                              )   **REQUEST FOR DISTRICT JUDGE**
                                                                  )
_____)

**COMES NOW**, Plaintiffs Michael B Sparlin and Sharon J Sparlin to file this notice with the Court to exercise our option to request a District Judge on all of the above referenced cases.

1) As many of the requests for a District Judge assignment were mailed by Plaintiff using regular U.S mail, Plaintiff is uncertain as to which cases have already been assigned to a District Judge.

2) Defendant has already filed a motion to have all cases consolidated.

1. 3) Pursuant to Title 28, U.S.C. Sec. 636(c)2) the undersigned party in the above captioned civil matter acknowledges the availability of a United States Magistrate Judge but elects to have ALL cases consolidated and randomly assigned to a United States District Judge.

Dated: June 17, 2011

*Sharon Sparlin*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and exact copy of the above has been furnished by U.S. Mail on this 17th day of May, 2011 to the following:

Sean D Thueson
Bryan L Wright
HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, NV  89169
   *Attorneys for Defendant Select Portfolio Servicing, Inc.*

*Sharon J Sparlin*