Sean D. Thueson (*Pro Hac Vice*)
Nevada Bar No. 8690
Bryan L. Wright (*Pro Hac Vice*)
Nevada Bar No. 10804
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702-669-4622
Fax: 702-669-4650
sdthueson@hollandhart.com
blwright@hollandhart.com

Cory A. Talbot
Arizona Bar No. 20702
HOLLAND & HART LLP
222 South Main Street, Ste. 2200
Salt Lake City, UT 84101
Phone: 801-799-5800
Fax: 801-799-5700
catalbot@hollandhart.com

*Attorneys for Defendant*
*Select Portfolio Servicing, Inc.*

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael B. Sparlin; and Sharon J. Sparlin<br><br>Plaintiff,<br><br>v.<br><br>Select Portfolio Servicing, Inc.,<br><br>Defendant. | **CASE NO.: 4:11-cv-00240-CKJ**<br><br>**SELECT PORTFOLIO SERVICING, INC.'S SUPPLEMENT TO AMENDED MOTION TO CONSOLIDATE** |
| Michael B. Sparlin; and Sharon J. Sparlin<br><br>Plaintiff,<br><br>v.<br><br>Select Portfolio Servicing, Inc.,<br><br>Defendant. | **CASE NO.: 4:11-cv-00241-CKJ** |

///

///

///

5155520_1.DOCX                    1

| | |
|---|---|
| Michael B. Sparlin; and Sharon J. Sparlin<br><br>Plaintiff,<br><br>v.<br><br>Select Portfolio Servicing, Inc.,<br><br>Defendant. | **CASE NO.: 4:11-cv-00257-FRZ** |
| Michael B. Sparlin; and Sharon J. Sparlin<br><br>Plaintiff,<br><br>v.<br><br>Select Portfolio Servicing, Inc.,<br><br>Defendant. | **CASE NO.: 4:11-cv-00259-FRZ** |
| Michael B. Sparlin; and Sharon J. Sparlin<br><br>Plaintiff,<br><br>v.<br><br>Select Portfolio Servicing, Inc.,<br><br>Defendant. | **CASE NO.: 4:11-cv-00261-DCB** |
| Michael B. Sparlin; and Sharon J. Sparlin<br><br>Plaintiff,<br>v.<br><br>Select Portfolio Servicing, Inc.,<br><br>Defendant. | **CASE NO.: 4:11-cv-00262-FRZ-BPV** |
| Michael B. Sparlin; and Sharon J. Sparlin<br><br>Plaintiff,<br><br>v.<br>\<br>Select Portfolio Servicing, Inc.,<br><br>Defendant. | **CASE NO.: 4:11-cv-00263-CKJ** |

/ / /

/ / /

/ / /

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

| | |
|---|---|
| 1  Michael B. Sparlin; and Sharon J. Sparlin | **CASE NO.:  4:11-cv-00264-CKJ** |
| 2              Plaintiff, | |
| 3  v. | |
| 4  Select Portfolio Servicing, Inc., | |
| 5              Defendant. | |
| 6  Michael B. Sparlin; and Sharon J. Sparlin | **CASE NO.:  4:11-cv-00265-RCC** |
| 7              Plaintiff, | |
| 8  v. | |
| 9  Select Portfolio Servicing, Inc., | |
| 10             Defendant. | |
| 11 Michael B. Sparlin; and Sharon J. Sparlin | **CASE NO.:  4:11-cv-00266-DCB** |
| 12             Plaintiff, | |
| 13 v. | |
| 14 Select Portfolio Servicing, Inc., | |
| 15             Defendant. | |
| 16 Michael B. Sparlin; and Sharon J. Sparlin | **CASE NO.:  4:11-cv-00268-JCG** |
| 17             Plaintiff, | |
| 18 v. | |
| 19 Select Portfolio Servicing, Inc., | |
| 20             Defendant. | |
| 21 Michael B. Sparlin; and Sharon J. Sparlin | **CASE NO.:  4:11-cv-00315- DCB** |
| 22             Plaintiff, | |
| 23 v. | |
| 24 Select Portfolio Servicing, Inc., | |
| 25             Defendant. | |

26  / / /

27  / / /

28  / / /

5155520_1.DOCX                                    3

| | |
|---|---|
| Michael B. Sparlin; and Sharon J. Sparlin<br><br>Plaintiff,<br><br>v.<br><br>Select Portfolio Servicing, Inc.,<br><br>Defendant. | **CASE NO.: 4:11-cv-00316- RCC** |
| Michael B. Sparlin; and Sharon J. Sparlin<br><br>Plaintiff,<br><br>v.<br><br>Select Portfolio Servicing, Inc.,<br><br>Defendant. | **CASE NO.: 4:11-cv-00317-RCC** |
| Michael B. Sparlin; and Sharon J. Sparlin<br><br>Plaintiff,<br><br>v.<br><br>Select Portfolio Servicing, Inc.,<br><br>Defendant. | **CASE NO.: 4:11-cv-00318- RCC** |
| Michael B. Sparlin; and Sharon J. Sparlin<br><br>Plaintiff,<br><br>v.<br><br>Select Portfolio Servicing, Inc.,<br><br>Defendant. | **CASE NO.: 4:11-cv-00319-DCB** |

## SELECT PORTFOLIO SERVICING, INC.'S SUPPLEMENT TO AMENDED MOTION TO CONSOLIDATE

Defendant Select Portfolio Servicing, Inc. ("SPS"), by and through its counsel, HOLLAND & HART LLP, hereby files this Supplement to its Amended Motion to Consolidate [Doc. 15] to reflect the case numbers of additional cases filed be these same Plaintiffs against SPS concerning the same set of facts and circumstances. These additional five cases have been removed to this Court, bringing the total now to sixteen

cases. Moreover, SPS files this Supplement to bring to this Court's attention statements recently made by Plaintiffs in which they request the same relief SPS requested in its Amended Motion to Consolidate – consolidation of all of these interrelated cases into one action before one Judge. Accordingly, because consolidation of these matters will serve judicial economy, and Plaintiffs no longer oppose consolidation, SPS respectfully requests the Court consolidate these sixteen matters into one.

This Supplement to Amended Motion to Consolidate is made and based upon the Amended Motion to Consolidate [Doc. 15] on file herein, and the attached Supplemental Memorandum of Points and Authorities and supporting documentation, the papers and pleadings on file in this action, and any oral argument this Court may allow.

DATED this 12th day of July, 2011.

HOLLAND & HART LLP

/s/ Cory A. Talbot
Sean D. Thueson (*Pro Hac Vice*)
Nevada Bar No. 8690
Bryan L. Wright (*Pro Hac Vice*)
Nevada Bar No. 10804
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Cory A. Talbot
Arizona Bar No. 20702
222 South Main Street, Ste. 2200
Salt Lake City, UT 84101

*Attorneys for Defendant*
*Select Portfolio Servicing, Inc.*

## SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES

I. INTRODUCTION

SPS hereby incorporates its Amended Motion to Consolidate [Doc. 15] and its Reply In Support of Consolidation [Doc. 14] as if set forth fully herein. Since the date SPS filed those pleadings it has been made aware of five additional cases Plaintiffs filed concerning these same facts and circumstances. Those cases have all been removed to this Court and are currently pending as: Case No. 4:11-cv-00315- DCB, Case No. 4:11-

5155520_1.DOCX 5

cv-00316-RCC, Case No. 4:11-cv-00317-RCC, Case No. 4:11-cv-00318- RCC, and Case No. 4:11-cv-00319-DCB. Further, Plaintiffs recent pleadings indicate they agree consolidation is warranted and thus they apparently no longer oppose SPS' request. Accordingly, SPS requests all of these cases be consolidated into this action.

## II.   SUPPLEMENT TO STATEMENT OF RELEVANT FACTS

### M.[1]   PIMA COUNTY SMALL CLAIMS CASE NO. CV11-510215-SC

On or about March 30, 2011, Plaintiffs commenced an action in the Small Claims Division of the Pima County Consolidated Justice Court in the State of Arizona, entitled Michael B. Sparlin and Sharon J. Sparlin, Plaintiffs, vs. Select Portfolio Servicing, Inc., Defendant, as Case No. CV11-510215-SC ("Small Claims Case No. 12").[2] A true and correct copy of the Complaint in Small Claims Case No. 12 is attached hereto as Exhibit M.[3] Plaintiffs are the only named plaintiffs in Small Claims Case No. 12, and SPS is the only named defendant in Small Claims Case No. 12. *See id.*

SPS was not served with a copy of the Complaint in Small Claims Case No. 12, but removed the matter on May 26, 2011 as soon as it was informed the case had been filed. Removal was proper pursuant to the provisions of 28 U.S.C. § 1441 because this Court has original jurisdiction over the action under 28 U.S.C. § 1331. Specifically, Plaintiff's Complaint asserts causes of action under 15 U.S.C. § 1692c and 15 U.S.C. § 1641(g)(1)(D). Small Claims Case No. 12 has been assigned the case number 4:11-cv-00315-DCB.

///

---

[1] The Statement of Relevant Facts contained in the Amended Motion to Consolidate included subheadings A-L. For ease of reference, SPS has numbered the subheadings contained in this Supplement to Statement of Relevant Facts sequentially starting with subheading M.

[2] Chronologically, this case was actually filed earlier than many of the Small Claims Cases referenced in the Amended Motion to Consolidate. However, SPS learned of Small Claims Case Nos. 1-11 before learning of any of the cases identified in this Supplement.

[3] The Amended Motion to Consolidate included Exhibits A-L. For ease of reference, SPS has numbered the Exhibits attached to this Supplement sequentially starting with Exhibit M.

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

### N. PIMA COUNTY SMALL CLAIMS CASE NO. CV11-510217-SC

On or about March 31, 2011, Plaintiffs commenced an action in the Small Claims Division of the Pima County Consolidated Justice Court in the State of Arizona, entitled Michael B. Sparlin and Sharon J. Sparlin, Plaintiffs, vs. Select Portfolio Servicing, Inc., Defendant, as Case No. CV11-510217-SC ("Small Claims Case No. 13"). A true and correct copy of the Complaint in Small Claims Case No. 13 is attached hereto as Exhibit N. Plaintiffs are the only named plaintiffs in Small Claims Case No. 13, and SPS is the only named defendant in Small Claims Case No. 13. *See id.*

SPS was not served with a copy of the Complaint in Small Claims Case No. 13, but removed the matter on May 26, 2011 as soon as it was informed the case had been filed. Removal was proper pursuant to the provisions of 28 U.S.C. § 1441 because this Court has original jurisdiction over the action under 28 U.S.C. § 1331. Specifically, Plaintiff's Complaint asserts two causes of action under 15 U.S.C. § 1681s-2(b)(1)(A). Small Claims Case No. 13 has been assigned the case number 4:11-cv-00316-RCC.

### O. PIMA COUNTY SMALL CLAIMS CASE NO. CV11-510219-SC

On or about April 1, 2011, Plaintiffs commenced an action in the Small Claims Division of the Pima County Consolidated Justice Court in the State of Arizona, entitled Michael B. Sparlin and Sharon J. Sparlin, Plaintiffs, vs. Select Portfolio Servicing, Inc., Defendant, as Case No. CV11-510219-SC ("Small Claims Case No. 14"). A true and correct copy of the Complaint in Small Claims Case No. 14 is attached hereto as Exhibit O. Plaintiffs are the only named plaintiffs in Small Claims Case No. 14, and SPS is the only named defendant in Small Claims Case No. 14. *See id.*

SPS was not served with a copy of the Complaint in Small Claims Case No. 14, but removed the matter on May 26, 2011 as soon as it was informed the case had been filed. Removal was proper pursuant to the provisions of 28 U.S.C. § 1441 because this Court has original jurisdiction over the action under 28 U.S.C. § 1331. Specifically,

/ / /

/ / /

1  Plaintiff's Complaint asserts causes of action under 15 U.S.C. § 1681s-2(b)(1)(A) and "15
2  U.S.C. § 1681s-2(b)(C)". Small Claims Case No. 14 has been assigned the case number
3  4:11-cv-00317-RCC.

### P. PIMA COUNTY SMALL CLAIMS CASE NO. CV11-510220-SC

On or about April 2, 2011, Plaintiffs commenced an action in the Small Claims Division of the Pima County Consolidated Justice Court in the State of Arizona, entitled Michael B. Sparlin and Sharon J. Sparlin, Plaintiffs, vs. Select Portfolio Servicing, Inc., Defendant, as Case No. CV11-510220-SC ("Small Claims Case No. 15"). A true and correct copy of the Complaint in Small Claims Case No. 15 is attached hereto as Exhibit P. Plaintiffs are the only named plaintiffs in Small Claims Case No. 15, and SPS is the only named defendant in Small Claims Case No. 15. *See id.*

SPS was not served with a copy of the Complaint in Small Claims Case No. 15, but removed the matter on May 26, 2011 as soon as it was informed the case had been filed. Removal was proper pursuant to the provisions of 28 U.S.C. § 1441 because this Court has original jurisdiction over the action under 28 U.S.C. § 1331. Specifically, Plaintiff's Complaint asserts two causes of action under "15 U.S.C. § 1681s-2(b)(C)" which is presumed to mean 15 U.S.C. § 1681s-2(b)(1)(C). Small Claims Case No. 15 has been assigned the case number 4:11-cv-00318-RCC.

### Q. PIMA COUNTY SMALL CLAIMS CASE NO. CV11-510225-SC

On or about April 5, 2011, Plaintiffs commenced an action in the Small Claims Division of the Pima County Consolidated Justice Court in the State of Arizona, entitled Michael B. Sparlin and Sharon J. Sparlin, Plaintiffs, vs. Select Portfolio Servicing, Inc., Defendant, as Case No. CV11-510225-SC ("Small Claims Case No. 16"). A true and correct copy of the Complaint in Small Claims Case No. 16 is attached hereto as Exhibit Q. Plaintiffs are the only named plaintiffs in Small Claims Case No. 16, and SPS is the only named defendant in Small Claims Case No. 16. *See id.*

/ / /

/ / /

SPS was not served with a copy of the Complaint in Small Claims Case No. 16, but removed the matter on May 26, 2011 as soon as it was informed the case had been filed. Removal was proper pursuant to the provisions of 28 U.S.C. § 1441 because this Court has original jurisdiction over the action under 28 U.S.C. § 1331. Specifically, Plaintiff's Complaint asserts two causes of action under 15 U.S.C. § 1681s-2(a)(3). Small Claims Case No. 16 has been assigned the case number 4:11-cv-00319-DCB.

### R.  PLAINTIFFS NO LONGER OPPOSE CONSOLIDATION

Plaintiffs filed their Response [Doc. 13] to SPS' Motion to Consolidate on April 27, 2011, requesting the Motion be denied. However, on June 17, 2011, Plaintiffs filed a document entitled Plaintiffs [sic] Request for District Judge in which they specifically state and request as follows: "Defendant has already filed a motion to have all cases consolidated . . . the undersigned party . . . elects to have ALL cases consolidated and randomly assigned to a United States District Judge." *See* Plaintiffs Request for District Judge [Doc. 25] at 1:42-2:3 (emphasis in original). Accordingly, it is clear Plaintiffs no longer oppose SPS' request for consolidation and therefore that request should be granted.

### III.  SUPPLEMENTAL CONCLUSION AND RELIEF REQUESTED

For all of the reasons set forth in the Amended Motion to Consolidate [Doc. 15] and Reply in Support of Consolidation [Doc. 14], as supplemented herein, SPS respectfully requests the Court consolidate Case No. 4:11-cv-00240-CKJ, Case No. 4:11-cv-00241-CKJ, Case No. 4:11-cv-00257-FRZ, Case No. 4:11-cv-00259-FRZ, Case No. 4:11-cv-00261-DCB, Case No. 4:11-cv-00262-BPV, Case No. 4:11-cv-00263-GEE, Case No. 4:11-cv-00264-HCE, Case No. 4:11-cv-00265-RCC, Case No. 4:11-cv-00266-DCB, Case No. 4:11-cv-00268-JCG, Case No. 4:11-cv-00315- DCB, Case No. 4:11-cv-00316-RCC, Case No. 4:11-cv-00317-RCC, Case No. 4:11-cv-00318- RCC, and Case No. 4:11-cv-00319-DCB for all purposes. SPS further requests the Court preclude Plaintiffs from filing any additional separate lawsuits against SPS concerning Mr. Sparlin's mortgage without first requesting and obtaining leave from this Court to file the same. In the event

other lawsuits have already been filed or are filed without this Court's prior approval, SPS requests the Court issue a standing order that, after such cases have been removed upon the filing of notice of such removal and this Court's order on consolidation, such removed case be automatically consolidated into these proceedings.

DATED this 12th day of July, 2011.

> HOLLAND & HART LLP
>
> /s/ Cory A. Talbot
> Sean D. Thueson (*Pro Hac Vice*)
> Nevada Bar No. 8690
> Bryan L. Wright (*Pro Hac Vice*)
> Nevada Bar No. 10804
> 9555 Hillwood Drive, 2nd Floor
> Las Vegas, NV 89134
>
> Cory A. Talbot
> Arizona Bar No. 20702
> 222 South Main Street, Ste. 2200
> Salt Lake City, UT 84101
>
> *Attorneys for Defendant*
> *Select Portfolio Servicing, Inc.*

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 12th day of July, 2011, I served a true and correct copy of the foregoing **SELECT PORTFOLIO SERVICING, INC.'S SUPPLEMENT TO AMENDED MOTION TO CONSOLIDATE** by electronic transmission to the parties on electronic file and/or depositing same in the United States mail, first class postage fully prepaid to the persons and addresses listed below:

Michael B. Sparlin
Sharon J. Sparlin
9151 E. Showcase Lane
Tucson, AZ  85749
ssparlin@dakotacom.net

*Plaintiff/Pro Se*

/s/ Lorrine K. Rillera
An Employee of HOLLAND & HART LLP

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

5155520_1.DOCX

11