| Notice of Absence | Case No: 11-00240 |
|---|---|

1  Name:              **MICHAEL BENSON SPARLIN** and
2                     **SHARON JEANETTE SPARLIN H/W**
3  Address:           9151 E Showcase Lane
4  City, State, Zip:  Tucson, AZ  85749
5  Daytime Phone:     520-760-0200
6  *Representing Self, Without a Lawyer*

FILED ___ RECEIVED ___
JUL 2 5 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**MICHAEL BENSON SPARLIN** and
**SHARON JEANETTE SPARLIN** H/W
Plaintiffs

v

**SELECT PORTFOLIO SERVICING, INC.**
**Defendant**

CASE: **CV 11-00240-CKJ (Lead Case)**

CV 11-00241-CKJ
CV 11-00257-FRZ
CV 11-00259-FRZ
CV 11-00261-DCB
CV 11-00262-BPV
CV 11-00263-GEE
CV 11-00264-HCE
CV 11-00265-RCC
CV 11-00266-DCB
CV 11-00268-JCG
CV 11-00315-DCB
CV 11-00316-RCC
CV 11-00317-RCC
CV 11-00318-RCC
CV 11-00319-DCB
<u>**CONSOLIDATED**</u>

**PLAINTIFFS NOTICE OF ABSENCE**

Dated: July 22, 2011

**COMES NOW**, Plaintiffs Michael Benson Sparlin and Sharon Jeanette Sparlin, to notify this Court they will be out on vacation and out of town from Tuesday, August 2, 2011 through Sunday, August 28, 2011. Plaintiffs will have limited access to phone or email until their return on August 28, 2011.

1

2   **WHEREFORE,** Plaintiffs request this courts leniency in Plaintiffs responding to any

3   motions or court decisions which might arise during our absence.

4
5
6
7
8                                              _____
                                                    Sharon J Sparlin
9
10                            **CERTIFICATE OF SERVICE**
11
12       **I HEREBY CERTIFY** that a true and exact copy of the above has been furnished
13   by U.S. Mail on this 22nd day of July, 2011 to the following:
14
15   Sean D Thueson
16   Bryan L Wright
17   **HOLLAND & HART LLP**
18   3800 Howard Hughes Parkway, 10th Floor
19   Las Vegas, NV  89169
20       *Attorneys for Defendant Select Portfolio Servicing, Inc.*
21
22
23
24
25                                             _____
26                                                  Sharon J Sparlin