Sean D. Thueson (*Pro Hac Vice*)
Nevada Bar No. 8690
Bryan L. Wright (*Pro Hac Vice*)
Nevada Bar No. 10804
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134
Telephone:    (702) 669-4622
Facsimile:    (702) 669-4650
sdthueson@hollandhart.com
blwright@hollandhart.com

Cory A. Talbot
Arizona Bar No. 020702
HOLLAND & HART LLP
222 South Main Street, Ste. 2200
Salt Lake City, UT 84101
Phone: 801-799-5800
Fax: 801-799-5700
catalbot@hollandhart.com

*Attorneys for Defendant*
*Select Portfolio Servicing, Inc.*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael B. Sparlin; and Sharon J. Sparlin, <br><br> Plaintiffs, <br><br> v. <br><br> Select Portfolio Servicing, Inc., <br><br> Defendant. | **No. 4:11-cv-00240-TUC-CKJ (Lead Case)** <br> **No. 4:11-cv-00241-TUC-CKJ** <br> **No. 4:11-cv-00257-TUC-FRZ** <br> **No. 4:11-cv-00259-TUC-FRZ** <br> **No. 4:11-cv-00261-TUC-DCB** <br> **No. 4:11-cv-00262-TUC-BPV** <br> **No. 4:11-cv-00263-TUC-GEE** <br> **No. 4:11-cv-00264-TUC-HCE** <br> **No. 4:11-cv-00265-TUC-RCC** <br> **No. 4:11-cv-00266-TUC-DCB** <br> **No. 4:11-cv-00268-TUC-JCG** <br> **No. 4:11-cv-00315-TUC-DCB** <br> **No. 4:11-cv-00316-TUC-RCC** <br> **No. 4:11-cv-00317-TUC-RCC** <br> **No. 4:11-cv-00318-TUC-RCC** <br> **No. 4:11-cv-00319-TUC-DCB** <br><br> **CONSOLIDATED** |

///

///

**NOTICE OF CHANGE OF ADDRESS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective July 11, 2011, HOLLAND & HART LLP will relocate to the following address:

9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

The telephone and facsimile numbers remain the same.  Please update your files accordingly.

DATED this 1st day of August, 2011.

HOLLAND & HART LLP

*/s/ Sean D. Thueson*
Sean D. Thueson (*Pro Hac Vice*)
Nevada Bar No. 8690
Bryan L. Wright (*Pro Hac Vice*)
Nevada Bar No. 10804
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134

Cory A. Talbot
Arizona Bar No. 020702
222 South Main Street, Ste. 2200
Salt Lake City, UT 84101

*Attorneys for Defendant*
*Select Portfolio Servicing, Inc.*

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 1st day of August, 2011, I served a true and correct copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** by electronic transmission to the parties on electronic file and/or depositing same in the United States mail, first class postage fully prepaid to the persons and addresses listed below:

Michael B. Sparlin
Sharon J. Sparlin
9151 E. Showcase Lane
Tucson, AZ  85749
ssparlin@dakotacom.net

*Plaintiff/Pro Se*

>                     */s/ Lorrine K. Rillera*
>                     An Employee of HOLLAND & HART LLP

5189101_1.DOCX

**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134