# EXHIBIT A

# EXHIBIT A

1  Gregg P. Benson - 023889
   HOLLAND & HART LLP
2  3800 Howard Hughes Parkway, 10th Floor
   Las Vegas, NV 89169
3  Telephone: (702) 669-4600
   Facsimile: (702) 669-4650
4
5  Attorneys for Select Portfolio Servicing, Inc.

6              PIMA COUNTY CONSOLIDATED JUSTICE COURT

7                         STATE OF ARIZONA

8  MICHAEL B. SPARLIN and SHARON J.
   SPARLIN,                                    No.  CV11-510231-SC
9
                      Plaintiff,
10
11 v.                                          NOTICE OF APPEARANCE

12 SELECT PORTFOLIO SERVICING, INC.,

13                    Defendant.

14         Notice is hereby given that Gregg P. Benson, and the law firm of Holland & Hart LLP,

15 3800 Howard Hughes Parkway, 10th Floor, Las Vegas, Nevada 89169, Telephone: (702) 669-

16 4600, are hereby appearing as counsel of record for the Defendant Select Portfolio Servicing Inc.

17         DATED this 27th day of April, 2011.

18                                        HOLLAND & HART LLP

19
20                                   By
                                         Gregg P. Benson
21                                       Attorneys for Select Portfolio Servicing, Inc.

22 CERTIFICATE OF MAILING
   Copy of the foregoing was mailed via certified
23 mail this 27th day of April, 2011, to:

24 Michael B. Sparlin
   Sharon J. Sparlin
25 9151 E. Showcase Lane
   Tucson, AZ 85749
26 Plaintiff Pro Se
27 Signature of Person making mailing

28

   5093896_1.DOCX                        1

# EXHIBIT B

# EXHIBIT B

1 | Gregg P. Benson - 023889
HOLLAND & HART LLP
2 | 3800 Howard Hughes Parkway, 10th Floor
Las Vegas, NV 89169
3 | Telephone: (702) 669-4600
Facsimile: (702) 669-4650
4 |
5 | Attorneys for Select Portfolio Servicing, Inc.

6 | PIMA COUNTY CONSOLIDATED JUSTICE COURT

7 | STATE OF ARIZONA

8 | MICHAEL B. SPARLIN and SHARON J.
SPARLIN,                                              No. CV11-510231-SC
9 |
10 |                  Plaintiff,
                                                      **NOTICE OF REMOVAL**
11 | v.

12 | SELECT PORTFOLIO SERVICING, INC.,

13 |                  Defendant.

14 | TO:    THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL PARTIES HEREIN:

15 |        PLEASE TAKE NOTICE that a Petition for Removal of a Civil Action in the above-

16 | captioned action from the Pima County Consolidated Justice Court of the State of Arizona, Case

17 | No. CV11-510231-SC, to the United States District Court for the District of Arizona, a copy of

18 | which is attached hereto, was duly filed with the office of the Clerk of the United States District

19 | Court for the District of Arizona on April 20, 2011.

20 |        DATED this _27th_ day of April, 2011.

21 |                                 HOLLAND & HART LLP

22 |
                                 By _____
23 |                                    Gregg P. Benson
                                    Attorneys for Select Portfolio Servicing, Inc.
24 |
25 |
26 |
27 |
28 |

5093903_1.DOCX                                    1

1

**CERTIFICATE OF MAILING**
Copy of the foregoing was mailed via certified
2  mail this 21st day of April, 2011, to:

3  Michael B. Sparlin
 Sharon J. Sparlin
4  9151 E. Showcase Lane
 Tucson, AZ 85749
5  *Plaintiff/Pro Se*

6  Signature of Person making mailing

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Cory A. Talbot
   Arizona Bar No. 20702
2  HOLLAND & HART LLP
   3800 Howard Hughes Parkway, 10th Floor
3  Las Vegas, NV 89169
   Phone: 702-669-4622
4  Fax: 702-669-4650
   catalbot@hollandhart.com
5
   *Attorneys for Defendant*
6  *Select Portfolio Servicing, Inc.*

7
8            **THE UNITED STATES DISTRICT COURT**

9            **FOR THE DISTRICT OF ARIZONA**

10  Michael B. Sparlin; and Sharon J. Sparlin        **CASE NO.:**

11                        Plaintiff,

12  v.                                               **NOTICE OF REMOVAL**

13  Select Portfolio Servicing, Inc.,

14                        Defendant.

15
16  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

17       PLEASE TAKE NOTICE that Defendant Select Portfolio Servicing, Inc. ("SPS")

18  hereby removes to this Court, pursuant to 28 U.S.C. § 1441, the state court action
    described below.

19
20       1.    On or about April 6, 2011, an action was commenced in the Small Claims

21  Division of the Pima County Consolidated Justice Court in the State of Arizona, entitled

22  Michael B. Sparlin and Sharon J. Sparlin, Plaintiffs, vs. Select Portfolio Servicing, Inc.,

23  Defendant, as Case No. CV11-510231-SC. A true and correct copy of the Complaint is
    attached hereto as **Exhibit A**.

24
25       2.    This Court has original jurisdiction over this action under 28 U.S.C. §

26  1331. Plaintiff's Complaint asserts a cause of action under 15 U.S.C. § 1681s-2(a)(3) and

27  the Section 806(6) of the Fair Debt Collection Practices Act 15 U.S.C. § 1692, *et seq*.

28  Accordingly, this action may be removed to this Court pursuant to the provisions of 28

5093941_1.DOCX                          1

1   U.S.C. § 1441.

2        3.      This Notice of Removal is timely filed "within thirty days after the receipt

3   by the defendant, through service or otherwise, of a copy of a pleading, motion, order or

4   other paper from which it may first be ascertained that the case is one which is or has

5   become removable . . . ."  28 U.S.C. § 1446(b).  SPS was mailed served with the

6   Summons and Complaint on April 7, 2011.

7        4.      State Court Record.  Pursuant to LRCiv 3.7(b), true and correct copies of

8   the following pleadings and documents filed with the Clerk of the Small Claims Division

9   of the Pima County Consolidated Justice Court are attached hereto:

10              a.      Notice of Appearance, filed by SPS on April 26, 2011, attached

11  hereto as **Exhibit B**.

12              b.      The foregoing pleadings and documents, along with the Complaint

13  attached as Exhibit A, constitute all pleadings and documents filed with the Clerk of the

14  Small Claims Division of the Pima County Consolidated Justice Court of which SPS is

15  aware.

16       5.      Written notice of the filing of this Notice of Removal is being given to all

17  adverse parties, and a copy of this Notice of Removal has been filed with the Clerk of the

18  Small Claims Division of the Pima County Consolidated Justice Court.  28 U.S.C. §

19  1446(d).

20       6.      This Notice is signed in accordance with Fed. R. Civ. P. 11.

21          DATED this 27th day of April, 2011

22                              HOLLAND & HART LLP

23

24                              */s/ Cory A. Talbot*
                                Cory A. Talbot
25                              Arizona Bar No. 20702
                                3800 Howard Hughes Parkway, 10th Floor
26                              Las Vegas, NV  89169

27                              *Attorneys for Defendant*
                                *Select Portfolio Servicing, Inc.*

28

HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169

5093941_1.DOCX                          2

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 27th day of April, 2011, I served a true and correct copy of the foregoing **NOTICE OF REMOVAL** by electronic transmission to the parties on electronic file and/or depositing same in the United States mail, first class postage fully prepaid to the persons and addresses listed below :

Michael B. Sparlin
Sharon J. Sparlin
9151 E. Showcase Lane
Tucson, AZ  85749
ssparlin@dakotacom.net

*Plaintiff/Pro Se*

/s/ *Lorrine K. Rillera*
An Employee of HOLLAND & HART LLP

HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169

5093941_1.DOCX

3

# EXHIBIT "A"

# EXHIBIT "A"



**PIMA COUNTY CONSOLIDATED JUSTICE COURT**
115 N. CHURCH AVE., TUCSON, AZ 85701-1130 (520)740-3171

| PLAINTIFF | CASE NO. | DEFENDANT |
|---|---|---|
| Michael B Sparlin<br>9151 E Showcase Lane<br>Tucson , AZ 85749<br>(520) 760-0200<br><br>Sharon J Sparlin<br>9151 E Showcase Lane<br>Tucson , AZ 85749<br>(520) 760-0200 | **CV11-510231-SC**<br><br>SUMMONS/COMPLAINT/ANSWER<br>SMALL CLAIMS DIVISION | Select Portfolio Servicing Inc<br>c/o Jason H Miller , Statutory Agent<br>3815 S West Temple<br>Salt Lake City , UT 84115<br>(800) 258-8602 |

## NOTICE AND SUMMONS

*TO DEFENDANT:*     {SEAL}

You are directed to answer the claim of the plaintiff within twenty (20) days at the Customer Service Department at Justice Court, Civil Division, 110 S. Church Avenue, Bldg 8, 1st Floor. If you do not appear and defend yourself, a judgment may be entered against you.

If you wish to defend against the Plaintiff's claim, you must file an answer and pay a $13.00 answer fee.

Requests for reasonable accommodation for persons with disabilities must be made to the court parties at least three(3) working days in advance of a scheduled court proceeding.

Clerk, Small Claims Division  *Lisa R. Royal*

_____   4-6-11
Clerk                                            Date

## PLAINTIFF'S CLAIM

The defendant owes me $2,000.00 for the following reasons:
Violation of 15USC 1681s-2(a)(3) to TransUnion for $1,000 Violation of FDCPA 806(6) for $1,000

Electronically signed by Michael Sparlin on 4/6/2011

_____
Plaintiff's Signature                                            Date

## CERTIFICATE OF SERVICE OF MAILING BY PLAINTIFF

I, *SHARON SPARLIN*, Plaintiff in this action, certify that a copy of this form was sent by Registered/Certified Mail, Return Receipt requested, to the Defendant named at the above-listed address on _____April 7_____, 20__.

_____   4/7/11
Plaintiff's Signature                                            Date

## DEFENDANT'S ANSWER

*TO DEFENDANT*: If you dispute this claim, you must write your Answer below. File this form and pay a **$13.00** Answer fee at the Civil Division of this Court **within twenty (20) days** of the date of service of the Claim or **you may lose by default.**
I do not owe the Plaintiff because: _____
_____
_____

_____
Defendant's Signature                                            Date

## CERTIFICATE OF SERVICE OF MAILING BY DEFENDANT

I, _____, Defendant in this action, certify that I have mailed or delivered a copy of this form to the Plaintiff at the above-listed address on _____
_____, 20__

_____
Defendant's Signature                                            Date

file://C:\Documents and Settings\dberzes\Local Settings\Temporary Internet Files\Content.Outlook\8LF3C...   4/6/2011

WARNING: - YOU DO NOT HAVE THE RIGHT TO APPEAL THE DECISION OF THE HEARING OFFICER OR THE JUSTICE OF THE PEACE IN A SMALL CLAIMS COURT. IF YOU WISH TO PRESERVE YOUR RIGHT TO APPEAL, YOU MAY HAVE YOUR CASE TRANSFERRED TO THE JUSTICE COURT PURSUANT TO 22-504, SUBSECTION A, ARIZONA REVISED STATUES, IF YOU REQUEST SUCH TRANSFER AT LEAST TEN DAYS PRIOR TO THE DAY OF THE SCHEDULED HEARING.

JP118E (REV 09-04-08)

# PIMA COUNTY CONSOLIDATED JUSTICE COURT
## SMALL CLAIMS DIVISION
### INSTRUCTIONS TO DEFENDANT

1. You have been named as a Defendant in a Small Claims case with this Court as described in the enclosed "Complaint/Summons" form.

2. This instruction sheet has been prepared to assist you on how to answer the Small Claims "Complaint/Summons" form filed against you.

3. If you do not wish to contest the Plaintiff's claim against you, you may make an out-of-court settlement with the Plaintiff before the required appearance time and ask the Plaintiff to dismiss the case and notify the Court.

4. If you wish to *contest* the Plaintiff's claim you have twenty (20) days from the date you receive the "Complaint/Summons" form to complete the **Defendant's Answer** portion of the "Complaint/Summons" form and file the form and the *Answer Fee* with this Court. Make your check or money order payable to the Pima County Justice Court.

   You may also:

   a. Answer the claim following the directions above. If you want to counter-sue against the Plaintiff, come in-person to the Court and request a "Counterclaim" form prior to filing the answer form, or

   b. Answer the claim, and if you wish to counter-sue against the Plaintiff for an amount higher than $2,500.00, come in-person to the Court and request the "Counterclaim" form. When the "Counterclaim" form is filed with this Court, the case will immediately be transferred to the Civil Division or to Superior Court. Additional fees are required before processing your documents.

   c. You should file your Counterclaim at the same time you file your answer. If you do not file a counterclaim in writing with the Court, it will not and cannot be considered at the time of trial.

   d. The Plaintiff *must* receive a copy of the Counterclaim. You may choose service by mail, service by Constable or service by process server. (See Service by Mail instruction sheet attached to the Counterclaim form.)

---

**You have only twenty (20) days from being served in which to file an Answer and/or "Counterclaim"**

**FAILURE TO ANSWER AND/OR ENCLOSE THE ANSWER FEE MAY RESULT IN A DEFAULT JUDGMENT BEING ENTERED AGAINST YOU OR YOUR COUNTERCLAIM NOT BEING PROCESSED**

---

5. Any party has the right to choose to be represented by counsel. If an attorney files for and/or represents either party, and no "Stipulation to Use of Attorneys" is filed, the case will automatically be transferred to the Civil Division and appropriate fees must be paid by the party represented by counsel.

   A Small Claims case may be transferred to the Civil Division by either party within **TEN DAYS** before trial. The party requesting the transfer must pay the appropriate fees for continued processing of the case. If a Small Claims trial date had been set prior to the transfer, you will be informed by the Court whether the trial will be held on the scheduled date or reset to a later date.

6. The decision from a Small Claims case is final and cannot be appealed.

7.    Lawyers cannot represent either party in the Small Claims division unless they are:

    a.    The Statutory Agent for a corporation, or

    b.    Representing themselves, or

    c.    In agreement to the use of attorneys and file a "Stipulation to Use of Attorneys" form. This form must be filed at least 24 hours before the scheduled trial date.

        If an attorney files for or represents either party and there is no "Stipulation to Use of Attorneys" filed, the case will automatically be transferred to the Civil Division and the appropriate fees paid by the party represented by counsel.

8.    The Small Claims trial date will be set within sixty (60) days after the Answer is filed. When an Answer is filed you will be notified of the date and time by mail. It is your responsibility to keep the Court informed of any address change.

9.    If the Plaintiff does not appear at the trial, the action against you will almost certainly be dismissed.  If you fail to appear, the Plaintiff will almost certainly win judgment against you and/or your counterclaim will almost certainly be dismissed.

10.    Bring everything necessary to establish your claim to the trial inclusive of books, papers, bills, photographs, or other exhibits. You may also bring witnesses.

11.    If the matter is settled <u>before</u> your scheduled trial date, be sure the Plaintiff notifies the Court. **A dismissal signed by all parties must be filed to close out the case.**

12.    Within ten (10) days after the trial, a copy of the written decision (Judgment) will be mailed to each party.  This is a final decision and cannot be appealed to a higher Court.

**IF YOU WIN**

1.    Ask the losing party to pay the amount of the judgment.

---

**A JUDGMENT IS NOT SELF-COLLECTING**

**GARNISHMENTS, EXECUTIONS, AND LIENS**
**ARE AVAILABLE OPTIONS WHEN PURSUING COLLECTION ON YOUR JUDGMENT**

---

2.    If the losing party does not pay, numerous options are available to you.

    a.    At your request, the Court will assist you in issuing papers necessary to garnish on the losing party's assets such as bank accounts, wages or other income property. You must provide the information as to where losing party works, banks, or owns property.

    b.    For an additional fee, the Constable will levy on the losing party's assets if you can furnish a description and location of assets.

3.    **When you are paid in-full, YOU ARE REQUIRED TO AND MUST SIGN AND FILE A "SATISFACTION OF JUDGMENT" WITH THE COURT.** This form is available from the Court.

IF YOU HAVE ANY PROCEDURAL QUESTIONS CONCERNING THE CASE FILED AGAINST YOU,
YOU MAY CALL (520) 740-3171 OR COME TO THE COURT.

EXHIBIT "B"

EXHIBIT "B"

1  Gregg P. Benson - 023889
   HOLLAND & HART LLP
2  3800 Howard Hughes Parkway, 10th Floor
   Las Vegas, NV 89169
3  Telephone: (702) 669-4600
   Facsimile: (702) 669-4650
4
   Attorneys for Select Portfolio Servicing, Inc.
5

6                    PIMA COUNTY CONSOLIDATED JUSTICE COURT

7                                  STATE OF ARIZONA

8  MICHAEL B. SPARLIN and SHARON J.
   SPARLIN,                                     No. CV11-510231-SC
9
                     Plaintiff,
10
                                                NOTICE OF APPEARANCE
   v.
11
   SELECT PORTFOLIO SERVICING, INC.,
12
                     Defendant.
13

14         Notice is hereby given that Gregg P. Benson, and the law firm of Holland & Hart LLP,

15  3800 Howard Hughes Parkway, 10th Floor, Las Vegas, Nevada 89169, Telephone: (702) 669-

16  4600, are hereby appearing as counsel of record for the Defendant Select Portfolio Servicing Inc.

17         DATED this _27th_ day of April, 2011.

18                                              HOLLAND & HART LLP

19
                                          By
20                                              Gregg P. Benson
                                                Attorneys for Select Portfolio Servicing, Inc.
21

22  **CERTIFICATE OF MAILING**
    Copy of the foregoing was mailed via certified
23  mail this 27th day of April, 2011, to:

24  Michael B. Sparlin
    Sharon J. Sparlin
25  9151 E. Showcase Lane
    Tucson, AZ 85749
26  Plaintiff/Pro Se
27  Signature of Person making mailing

28

   5093896_1.DOCX                                1

# EXHIBIT C

# EXHIBIT C

# PIMA COUNTY CONSOLIDATED JUSTICE COURT
## CIVIL UNIT CUSTOMER SERVICE FEE SCHEDULE ● AMENDED SEPTEMBER 26, 2008
### PURSUANT TO ARS 22-281; ARS 22-282; ARS 12-284; Az Supreme Crt Rule 123; Pima County Ordinances
*12-304 Exemption of state, county, city, town or political subdivision of a county from court fees.*

| CLASS | DESCRIPTION | TOTAL FEE |
|---|---|---|
| **CIVIL FILING FEES :** | | |
| A.R.S. 22-281(A) | FILING COMPLAINT – PLAINTIFF  $65.00 **PLUS** COURT AUTOMATION FEE $10.00 | $75.00 |
| A.R.S. 22-281(B) | FILING ANSWER – DEFENDANT / FIRST FILING FEE - DEFENDANT | $35.00 |
| Pima County Ordinance No. 1999-74 | CONTINUANCE PROCESSING COST RECOVERY FEE | $10.00 |
| Pima County Ordinance No. 2008-69 | COURT AUTOMATION FEE  $10.00  EFFECTIVE 09-26-08 | $10.00 |
| **SMALL CLAIMS FILING FEES:** | | |
| A.R.S. 22-281(C) | FILING SMALL CLAIMS COMPLAINT – PLAINTIFF $23.00  **PLUS** COURT AUTOMATION FEE $10.00 | $33.00 |
| A.R.S. 22-281(D) | FILING SMALL CLAIMS ANSWER-DEFENDANT/ FIRST FILING FEE - DEFENDANT | $13.00 |
| A.R.S. 22-281(B) | TRANSFER FEE TO CIVIL COURT | $35.00 |
| **EVICTION FILING FEES:** | | |
| A.R.S. 22-281(C) | FILING EVICTION COMPLAINT – PLAINTIFF  $30.00 **PLUS** COURT AUTOMATION FEE $10.00 | $40.00 |
| A.R.S. 22-281(D) | FILING ANSWER – DEFENDANT / FIRST FILING FEE - DEFENDANT | $16.00 |
| **POST-STORAGE HEARING FEES:** | | |
| A.R.S. 22-281(D) | FILING PETITION  $13.00  **PLUS** COURT AUTOMATION FEE $10.00 | $23.00 |
| **MINIMUM CLERK FEES:** | | |
| A.R.S. 22-281(E) | FILING OF ANY CIVIL DOCUMENT NOT SPECIFICALLY PRESCRIBED | $24.00 |
| | NOTICE OF APPEAL FEE | $24.00 |
| | CERTIFIED COPY OF ANY DOCUMENT/SEALING/UNSEALING OF CASES/RENEWALS/NON-RENEWALS OF JUDGMENTS | $24.00 |
| | CHANGE OF VENUE | $24.00 |
| | ISSUANCE OF WRITS | $24.00 |
| | JUDGMENT TRANSCRIPT/CERTIFICATION | $24.00 |
| | ISSUE CIVIL SUBPOENA | $24.00 |
| A.R.S. 22-281(F) | COPY FEE PER PAGE | $ .50 |
| Pima County Ordinance No. 2002-37 | NSF CHECK | $25.00 |
| --- | PACKAGE OF FILING FORMS (125 PER PACK) | $25.00 |
| --- | CD FEE | $20.00 |